UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY STEVEN HANN,<br><br>    Plaintiff,<br><br>v.<br><br>FRANCIS P. SAKAYA et al.,<br><br>    Defendants. | Case No. 5:25-cv-01950-SB-E<br><br>ORDER TO SHOW CAUSE |

    Plaintiff filed his complaint against Defendants Francis Sakaya, Jacqueline Mbwille Sakaya, and Babalao Investors, LCC on July 28, 2025.  After concluding that Defendants were evading service, the Court granted Plaintiff leave to serve Defendants by email and certified mail.  Plaintiff filed proof of service on all Defendants on October 26 and 27.  Dkt. Nos. 16, 17.  Defendants failed to timely respond, and Plaintiff has not sought entry of default against any Defendant.  Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than December 19, 2025, why his claims should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before December 19, 2025, of an application for entry of default under Federal Rule of Civil Procedure 55(a) as to each defendant.  The filing of such applications shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims.

Date: December 3, 2025

                                               Stanley Blumenfeld, Jr.
                                            United States District Judge