UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| GARY STEVEN HANN,<br><br>         Plaintiff,<br><br>   v.<br><br>FRANCIS P. SAKAYA et al.,<br><br>         Defendants. | Case No. 5:25-cv-01950-SB-E<br><br><br>FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, it is ordered and adjudged that Plaintiff's claims are dismissed without prejudice for lack of jurisdiction.

This is a final judgment.

Date: April 21, 2026

_____
Stanley Blumenfeld, Jr.
United States District Judge

1